1  **LUBIN & ENOCH, P.C.**
2  Nicholas J. Enoch, State Bar No. 016473
   Margot Veranes, State Bar No. 037194
3  Taylor M. Secemski, State Bar No. 035678
4  349 North Fourth Avenue
   Phoenix, Arizona 85003-1505
5  Telephone: (602) 234-0008
   Facsimile: (602) 626-3586
6  Email:     nick@lubinandenoch.com
7             margot@lubinandenoch.com
              taylor@lubinandenoch.com
8

9  **CHRIS JONES LAW, PLC**
   Christopher D. Jones, State Bar No. 029366
10 4704 East Southern Avenue
11 Mesa, Arizona 85206
   Telephone: (480) 838-5553
12 Facsimile: (877) 390-5157
13 Email: chris@jonesinjurylaw.com

14 *Attorneys for Plaintiff*

15
   **W&D LAW, LLP**
16 Jacqueline Pons-Bunney, Esq., SBN 025694
   Martha L. Bringard, Esq., SBN 025959
17 20 East Thomas Road, Suite 2200
18 Phoenix, AZ 85012
   Phone: (602) 971-0159
19 Email: jpbunney@wdlaw.com
20        mbringard@weildrage.com

21 **Schmoyer Reinhard LLP**
22 Shannon B. Schmoyer *(Pro Hac Vice forthcoming)*
   Richard L. Clifton (admitted *Pro Hac Vice*)
23 Michael J. Ritter (admitted *Pro Hac Vice*)
24 8000 IH 10 West, Suite 1600
   San Antonio, Texas 78230
25 Phone: (210) 447-8033
   Fax: (210) 447-8036
26 Email: rclifton@sr-llp.com
27 *Attorneys for Defendant*
28

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Randall,<br><br>            Plaintiff,<br><br>v.<br><br>United Parcel Service, Inc.,<br><br>            Defendant. | Case No.: CV-22-01971-PHX-GMS<br><br>**PARTIES' JOINT REQUEST TO REFER THE ACTION TO A MAGISTRATE JUDGE FOR PURPOSES OF HOLDING A SETTLEMENT CONFERENCE** |

As discussed with the Court during the Case Management Conference on May 10, 2024 (see Doc. 31, p. 4), and pursuant to LRCiv 83.10(a), the parties, by and through undersigned counsel, respectfully request the Court "to refer the action to a magistrate judge for the purpose of holding a timely settlement conference." See also, LRCiv 72.2(a)(5) & Doc. 35, p. 5.

RESPECTFULLY SUBMITTED this 31st day of May 2024.

                              LUBIN & ENOCH, P.C.
                              CHRIS JONES LAW, PLC

               By:    /s/ Nicholas J. Enoch
                              Nicholas J. Enoch, Esq.
                              Attorney for Plaintiff

SCHMOYER REINHARD LLP
W&D LAW, LLP

By: /s/ Richard L. Clifton

Richard L. Clifton, Esq.
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May 2024, I electronically transmitted the attached Request to the Clerk's Office using the ECF system for filing.

/s/ Sheri Estrada

3