**LUBIN, ENOCH & BUSTAMANTE, P.C.**
Nicholas J. Enoch, State Bar No. 016473
Margot Veranes, State Bar No. 037194
Taylor M. Secemski, State Bar No. 035678
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email:      nick@leblawyers.com
            margot@leblawyers.com
            taylor@leblawyers.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Randall,<br><br>             Plaintiff,<br><br>v.<br><br>United Parcel Service, Inc.,<br><br>             Defendant. | Case No.: CV-22-01971-PHX-GMS<br><br>**PLAINTIFF'S NOTICE OF A CHANGE IN FIRM NAME** |

Pursuant to LRCiv 83.3(d), Plaintiffs' counsel hereby notifies the Court that the name of their law firm has changed to Lubin, Enoch & Bustamante, P.C.

RESPECTFULLY SUBMITTED this 29th day of January 2025.

                                LUBIN, ENOCH & BUSTAMANTE, P.C.

                                /s/ Margot Veranes
                                Margot Veranes
                                Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2025, I electronically transmitted the attached Notice using the ECF System for filing and service via email this same date to:

**CHRIS JONES LAW, PLC**
Christopher D. Jones
State Bar No. 029366
4704 East Southern Avenue
Mesa, Arizona 85206
Telephone: (480) 838-5553
Facsimile: (877) 390-5157
Email: chris@jonesinjurylaw.com

*Attorney for Plaintiff*

**W&D LAW, LLP**
Jacqueline Pons-Bunney, Esq., SBN 025694
Martha L. Bringard, Esq., SBN 025959
20 East Thomas Road, Suite 2200
Phoenix, AZ 85012
jpbunney@wdlaw.com
mbringard@wdlaw.com

**SCHMOYER REINHARD LLP**
Richard L. Clifton, *Pro Hac Vice*
Shannon B. Schmoyer, *Pro Hac Vice*
8000 IH 10 West, Suite 1600
San Antonio, Texas 78230
sschmoyer@sr-llp.com
rclifton@sr-llp.com

*Attorneys for Defendant*
*United Parcel Service, Inc. (Ohio)*

/s/ Sheri Estrada